# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

| | |
|---|---|
| LISA SODEKSON and CHANTEL KANESHIGE, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiffs, | ) Civil Action No.: 4:15-CV-02711-RBH ) ) |
| v. | ) **CONSENT JUDGMENT** ) |
| EAST COAST RESTAURANT & NIGHTCLUBS, LLC d/b/a THE GOLD CLUB OF BEDFORD, PML CLUBS, INC., RT ENTERTAINMENT, LLC, DUNNIGAN'S RESTAURANT, INC., and MICHAEL ROSE, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## **CONSENT JUDGMENT**

Upon stipulation of the Parties, the Court orders that judgment is granted in favor of Plaintiff Chantel Kaneshige against Defendant Michael Rose as follows:

1. Defendant Michael Rose consents to judgment against him in the amount of forty thousand dollars ($40,000), plus post judgment interest at the statutory rate;

2. This sum is comprised of unpaid wages under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, et seq.;

3. All Parties shall bear their own costs, fees, and expenses incurred in conjunction with this action;

4. Nothing contained in this Judgment shall be construed as an admission of liability by Defendant Michael Rose, who consents to the entry of this Judgment, which shall be

binding and enforceable.  The Parties acknowledge that the Judgment sets forth the entire understanding of the Parties with respect to the subject matter hereto.

5. All claims of Plaintiff Chantel Kaneshige asserted against Defendants East Cost Restaurant & Nightclubs, LLC, PML Clubs, Inc., RT Entertainment, LLC, and Dunnigan's Restaurant, Inc. are hereby dismissed with prejudice.

Florence, South Carolina  
DATED: December 7, 2016

s/ R. Bryan Harwell  
R. Bryan Harwell  
United States District Judge